# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 18-2032        **Short Title:** U.S. v. McLellan

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Ross McLellan                                                                                       as the

[✓] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ Kimberly Homan                                    10/26/18
Signature                                              Date

Kimberly Homan
Name

_____                              (617) 227-8616
Firm Name (if applicable)                             Telephone Number

20 Park Plaza, Suite 1000                             (617) 338-9538
Address                                               Fax Number

Boston, MA 02116                                      homanlaw@aol.com
City, State, Zip Code                                 Email (required)

Court of Appeals Bar Number: 12407

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes    Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).