# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

### NOTICE OF APPEARANCE

Case No.: 18-2032
Case Name (short):   United States v. McLellan

The Clerk will enter my appearance as counsel on behalf of the **United States of America** as the:

[ ] appellant(s)          [ √ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)          [ ] intervener(s)

Signature:    /s/ Stephen E. Frank              Date:   November 8, 2018

Name: Stephen E. Frank                  Telephone Number: 617-748-3244
Assistant United States Attorney        Fax Number: 617-748-3960
United States Attorney's Office         Email:
John Joseph Moakley Federal Courthouse  (1) USAMA.ECFAppeals@usdoj.gov
1 Courthouse Way, Suite 9200,
Boston, Massachusetts 02210             (2) stephen.frank@usdoj.gov

Court of Appeals Bar Number:   1153345

Has this case or any related case previously been on appeal?
[ X ]   No        [ ] Yes             Court of Appeals No.:

---

Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.  New or additional counsel may enter an appearance outside the 14-day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.   1st Cir. R. 12.0(a).

Counsel must complete and return this notice of appearance in order to file pleadings in this court.  Counsel not yet admitted to practice before this court must submit an application for admission with the form.   1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

      I, Stephen E. Frank, Assistant U.S. Attorney, hereby certify that on November 8, 2018, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

Martin G Weinberg, Esq.
20 Park Plaza
Suite 1000
Boston, MA 02116