# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: **United States v. Ross McLellan**
District Court Case No.: **16-CR-10094**
District of: **Massachusetts**
Date Notice of Appeal filed: **10/18/2018**
Court of Appeals Case No.: **18-2032**
Form filed on behalf of: **Ross McLellan**

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) **422 (6/5/18 trial), 423 (6/6/18 trial), 424 (6/7/18 trial), 425 (6/8/18 trial), 439 (6/11/18 trial), 440 (6/12/18 trial), 441 (6/13/18 trial), 442 (6/15/18 trial), 477 (6/18/18 trial), cont.**

## TRANSCRIPT ORDER

Name of Court Reporter: **Rachel Lopez**
Phone Number of Reporter: **505-363-0969**

A. ✓ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S) — HEARING DATE(S)

- ☐ Jury Voir Dire
- ☐ Opening Statement (plaintiff)
- ☐ Opening Statement (defendant)
- ☐ Trial
- ☐ Closing Argument (plaintiff)
- ☐ Closing Argument (defendant)
- ☐ Findings of Fact/Conclusions of Law
- ☐ Jury Instructions
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Bail hearing
- ☒ Pretrial proceedings (specify) — **3/26/18 (motion hearing), 4/10/18 (status conference), 4/24/18 (status conference), 5/29/18 (status conference), 5/31/18 (pretrial conference)**
- ☐ Testimony (specify)
- ☐ Other (specify)

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☒ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: **Martin Weinberg**
Filer's Signature: **Martin Weinberg**
Firm/Address: **Martin Weinberg, P.C.**
Filer's Email address: **owlmgw@att.net**
Telephone number: **617-227-3700**
Date mailed to court reporter: **11/1/18**

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)    SEE INSTRUCTIONS ON REVERSE

**Transcript Report (continued)**

*United States v. McLellan*

Additional transcripts already filed in district court: 478 (6/19/18 trial), 479 (6/20/18 trial), 480 (6/21/18 trial), 487 (6/22/18 charge conference), 488 (6/26/18 trial), 496 (6/25/18 trial)