UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

No. 18-2032
_____

UNITED STATES OF AMERICA,
Appellee

v.

ROSS MCLELLAN,
Appellant
_____

**APPELLANT ROSS MCLELLAN'S MOTION FOR LEAVE TO FILE A MOTION FOR RELEASE PENDING APPEAL WHICH IS 8,332 WORDS IN LENGTH**

Now comes the appellant Ross McLellan and respectfully requests that this Honorable Court permit him to file a Motion for Release Pending Appeal which is 8,332 words (34 pages) in length.

As reason therefor, appellant states:

1. On June 26, 2018, after a 14-day trial, he was convicted of conspiracy to commit securities fraud and wire fraud and substantive securities fraud and wire fraud violations. On October 16, 2018, he was sentenced to a below-guidelines term of 18 months. Judgment entered on October 18, 2018. The district court permitted him until January 5, 2019, to report to his designated place of incarceration.

2.  The charges on which McLellan was convicted arose from State Street

Bank's conduct of its transition management business with respect to six foreign institutional investment clients, whom the government contended were induced to give their transition management business to State Street by misrepresentations made by State Street personnel located in London regarding what fees State Street would charge for its services, specifically, by leading most of the clients at issue to believe that State Street's sole compensation would be a flat management fee while also taking broker/dealer commissions on the trades necessary to carry out the transitions. The government contended that McLellan, along with others, devised and orchestrated the scheme to generate millions of dollars of additional revenue for State Street through the charging of undisclosed commissions. McLellan, however, contended that he acted in the good faith belief that the additional commission revenues were permissible under the contracts with the clients and the applicable laws and that he had no intent to defraud but was instead acting in accordance with what he believed to be acceptable bank practices, a defense in support of which he presented substantial evidence.

    3. This appeal will present the Court with several issues of first impression in this Circuit relating to (1) the scope of the securities fraud statutes, the permissibility of McLellan's conviction thereunder, and the correctness of the district court's instructions on the issue; (2) the extent to which, if at all, the wire fraud statute has

extraterritorial application when the locus of the fraud was outside the United States; and (3) the power of the district court to order the government to use its evidence-gathering powers under Mutual Legal Assistance Treaties to assist the defendant in obtaining evidence that is otherwise unavailable to him because it is located in a foreign country or to exclude evidence relating to the clients who declined to voluntarily produce relevant and material business records and contemporaneous emails to the defendant.

4. The important and substantial issues raised in appellants' Motion for Release Pending Appeal are too legally and factually complex to be adequately presented to the Court within the 5,200 word limit applicable to motions, and McLellan accordingly requests that he be permitted to file his Motion for Release Pending Appeal which is 8,332 words in length.

5. The government has no objection to the granting of this motion.

Respectfully submitted,
By his attorneys,

**/s/ Kimberly Homan**
Kimberly Homan
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-8616 (Telephone)
(617) 338-9538 (Fax)
homanlaw@aol.com

**/s/ Martin G. Weinberg**
Martin G. Weinberg
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-3700 (Telephone)
(617) 338-9538 (Fax)
owlmgw@att.net

## CERTIFICATE OF SERVICE

  I, Kimberly Homan, hereby certify that on this 14th day of November, 2018, I caused one copy of the within Motion to be served on all parties of record via this Court's ECF system.

                **/s/ Kimberly Homan**
                Kimberly Homan