# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**Appeal No. 18-2032**

**UNITED STATES OF AMERICA,**
**Appellee**

v.

**ROSS MCLELLAN,**
**Defendant-Appellant**

## GOVERNMENT'S MOTION FOR ORDER EXTENDING THE TIME
## - - TO MAY 3, 2019 - -
## <u>WITHIN WHICH IT MUST FILE ITS RESPONSIVE BRIEF</u>

The government respectfully moves this Court to enter an order extending the due date for its responsive brief by an additional 32 days, **to May 3, 2019.** In support of this motion, the government states the following:

1. This is the defendant's appeal from his judgment and conviction.

2. The defendant's opening brief was accepted for filing on March 1, 2019, and the government's brief is currently due on April 1, 2019. This is the government's first request for an extension of time.

3. Although the undersigned Assistant United States Attorney ("AUSA") was part of the trial team in the case below, the undersigned must review the complete record of the case in order to begin preparing the government's responsive brief. Moreover, the undersigned has been occupied with a number of other matters

1

that have delayed, and will continue to delay, work on the government's brief, including overseeing the arrest and charging of approximately 50 defendants in a large white collar prosecution recently brought by the U.S. Attorney's Office, reviewing the work of 10 Assistant U.S. Attorneys in the Securities and Financial Fraud Unit, handling multiple active criminal investigations, and handling responsive pleadings in several matters pending in the district court.

4. The case is not currently scheduled for oral argument.

5. The defendant, through his counsel, assents to this motion.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:  /s/ *Stephen E. Frank*
     STEPHEN E. FRANK
     Assistant U.S. Attorney

## Certificate of Service

I, Stephen E. Frank, AUSA, hereby certify that on March 29, 2019, I electronically served a copy of the foregoing document on the following parties who are registered participants of the CM/ECF system:

Martin G. Weinberg, Esq.
20 Park Plaza, Suite 1000
Boston, MA 02116

Kimberly Homan, Esq.
20 Park Plaza, Suite 1000
Boston, MA 02116

/s/ *Stephen E. Frank*
STEPHEN E. FRANK
Assistant U.S. Attorney