# United States Court of Appeals
## For the First Circuit

No. 18-2032

UNITED STATES OF AMERICA,

Appellee,

v.

ROSS MCLELLAN,

Defendant, Appellant.

**JUDGMENT**

Entered: May 20, 2020

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Ross McLellan's convictions on all counts are affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Michael Goldstein
Martin G. Weinberg
Kimberly Homan
Maksim Nemtsev
Michael Francis Pabian
Donald Campbell Lockhart
Stephen Emanuel Frank
William Johnston
John Joseph Butts